UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                   Case No. 17-cr-182 (JNE/LIB)
                                                         ORDER

Arthur Dale Senty-Haugen,

      Defendant.

In a Report and Recommendation ("R&R") dated November 21, 2017, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that the Court deny Defendant's motion to suppress. ECF No. 42. The R&R also denied as moot both Defendant's motion for leave to file additional documents and the Government's motion to strike pro se filings. *Id.* Defendant objected to the R&R. ECF No. 43. The Government responded. ECF No. 44. Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

1. Defendant's motion to suppress [ECF No. 24] is DENIED.

2. Defendant's motion for leave to file additional documents [ECF No. 37] is DENIED AS MOOT.

3. The Government's motion to strike pro se filings [ECF No. 38] is DENIED AS MOOT.

Dated: December 21, 2017

                                                                  s/ Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge