UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

                                    Case No. 17-cr-182 (JNE/LIB)
                                    ORDER

Arthur Dale Senty-Haugen,

      Defendant.

This case is before the Court on Defendant's motion to amend the sentencing judgment, which was imposed in 2018, to reflect his name change. "[A]lthough an inmate is entitled to prospective recognition of a legal name change, by means of a 'dual-name policy,' an inmate is not entitled to have documents that pre-dated his legal name change altered." *United States v. Baker*, 415 F.3d 1273, 1274 (11th Cir. 2005) (per curiam); *see United States v. Varner*, 948 F.3d 250, 253–54 (5th Cir. 2020); *United States v. White*, 490 F. App'x 979, 981–82 (10th Cir. 2012). Accordingly, Defendant's motion to amend the sentencing judgment [Docket No. 120] is DENIED.

      IT IS SO ORDERED.

Dated: June 5, 2026

                                    s/Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge